UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAENZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | Case No. EDCV 10-00695 JST (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed.

DATED: September 15, 2010

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE